# In the United States Court of Federal Claims

EDWARD H. BUSIGO, JR., *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

No. 05-422C

Filed June 23, 2006

ORDER

On June 22, 2006, pursuant to the Court's Order of May 30, 2006, counsel for plaintiffs filed a Joint Status Report on behalf of the parties advising the Court of the status of the parties' settlement negotiations. The Joint Status Report advised the Court that the parties have discussed the possibility of engaging in Alternative Dispute Resolution ("ADR"). Plaintiffs have agreed to engage in ADR, and counsel for defendant has also tentatively agreed to engage in ADR, subject to further approval by the Department of Justice. The parties requested that the stay in this case, which was scheduled to expire on June 22, 2006, be extended through and including July 14, 2006, to enable counsel for defendant to obtain the necessary approval to engage in ADR.

The parties' request to extend the stay is GRANTED. The Court ORDERS that proceedings in this case continue to be STAYED until **Friday, July 14, 2006**. The Court FURTHER ORDERS that if counsel for defendant obtains approval to engage in ADR, on or before **Friday, July 14, 2006**, the parties shall file a notice with the Court of their intent to pursue ADR pursuant to Appendix H, Section 3 of the Rules of the United States Court of Federal Claims. If counsel for defendant does not obtain approval to engage in ADR, the parties shall submit an additional joint status report on or before **Friday, July 14, 2006** advising the Court of the status of counsel for defendant's efforts to obtain approval to engage in ADR and setting forth each party's position with respect to the nature and timing of further proceedings in this case.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge