# In the United States Court of Federal Claims

**No. 05-422C**

**Filed: July 19, 2006**

**EDWARD H. BUSIGO, JR., et al.**

**v.**

**THE UNITED STATES**

**NOTICE OF ASSIGNMENT TO:**

**ADR JUDGE Emily C. Hewitt**

Based upon the presiding judge's request, and pursuant to Appendix H of the Rules, this case has been assigned to the above Judge for the conduct of proceedings in accordance with the Alternative Disputes Resolution procedure adopted by this court and attached to said General Order.

**No filings with the Clerk by the court or the parties are contemplated under the Alternative Disputes Resolution procedures other than scheduling orders, if appropriate, or an order or stipulation providing for final disposition of the case.** *Submissions by the parties are to be directed to the above judge.*

Brian Bishop

Brian Bishop, Clerk